RICHARD ACKERMAN, *ET AL* v.
KRAMER CHEMICAL COMPANY.

December 14, 1978. Petition for certification is dismissed as having been improvidently granted.

STATE OF NEW JERSEY v. ELAINE WRIGHT.

December 14, 1978. Petition for certification is dismissed as having been improvidently granted.

LEIFUR HALLGRIMSON v.
TECHNOPULP MACHINERY, INC.

December 19, 1978. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF
MARIE THERESE WEISS REISWEBER, DECEASED.

December 19, 1978. Petitions for certification denied.

HENRIK K. CARLSEN v.
MASTERS, MATES & PILOTS PENSION PLAN TRUST.

December 19, 1978. Petition for certification granted.